IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MS. YVETTE MADISON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BARRY G. LAW, JR. | : | NO. 16-1395 |
| CAROLYN MCFADDEN | : | |

ORDER

AND NOW, this 31st day of March, 2016, upon consideration of plaintiff's motion to proceed *in forma pauperis*, her *pro se* complaint, and her untitled motion, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons discussed in the Court's memorandum.

3. The motion (Document No. 2) is DENIED to the extent it requests any action from the Court.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Legrome D. Davis
LEGROME D. DAVIS, J.